No. 74–5189. YEAGER v. UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his brief for the United States filed November 1, 1974, judgment vacated and case remanded to the United States District Court for the Northern District of Oklahoma directing that court to hold a hearing and make appropriate findings of fact.

No. ————. GRAVES ET AL. v. LYNN, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 8th Cir. Motion to dispense with printing petition denied.

No. ————. DELLINGER ET AL. v. UNITED STATES. C. A. 7th Cir. Motion to dispense with printing portions of appendix to petition granted.

No. A–360 (74–439). LEWIS v. UNITED STATES. C. A. 9th Cir. Order entered by MR. JUSTICE DOUGLAS on November 2, 1974, releasing applicant from custody upon his own recognizance, continued pending final disposition of petition for writ of certiorari.

No. A–385. KAPLAN v. UNITED STATES POSTAL SERVICE ET AL. C. A. D. C. Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.